**DISMISS; and Opinion Filed November 16, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01145-CV

### IN THE INTEREST OF J.A.K. AND J.W.K., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11304**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Brown

Before the Court is appellants' motion to dismiss the appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

181145F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.A.K. AND
J.W.K., CHILDREN

No. 05-18-01145-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-11304.
Opinion delivered by Justice Brown,
Justices Bridges and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees Jennifer Kirtland, JEK Lending, LLC, and JEK Sep/Property, L.P. recover their costs, if any, of this appeal from appellants John Kirtland, Kirtland Realty Group, L.P., 1907 Elm GP Corp., 1900 Pacific GP Corp., PetroCorrigan GP, LLC, PetroCorrigan Development GP Corp., KRG GenPar, LLC, T.W. Duke Capital, LP, and TWDC GenPar, LLC.

Judgment entered this 16th day of November, 2018.